UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 17-7600 MWF (Ex)** | Date: February 14, 2018 |
| Title | **Mark Hadad, et al. v. Does 1 through 10** | |

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):** ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

Plaintiff is ordered to show cause, in writing, no later than **February 23, 2018** why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

▣ Proof of service of summons and complaint
▣ Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

Additionally, the Court notes that Plaintiffs' Complaint, which exclusively names "Doe" defendants, contains only state law claims for relief and invokes this Court's diversity jurisdiction. It appears that Plaintiffs were following California procedural rules, as those permit a plaintiff to name "Doe" defendants if the plaintiff is unaware of the defendants' true identities when filing the complaint. *See* Cal. Code Civ. Proc. § 474. But "[t]he Ninth Circuit has rejected naming 'Doe' defendants in diversity actions [such as this], on the grounds that complete diversity cannot exist if the identity and citizenship of some defendants (i.e., the 'Does') are unknown." *Medina v. Chas Roberts Air Conditioning, Inc.*, No. CV 05-4214-PHX-SMM, 2006 WL 2091665, at *6 (D. Ariz. July 24, 2006) (citing

*Fifty Associates v. Prudential Life Ins. Co. of America*, 446 F.2d 1187, 1191 (9th Cir. 1970)).

Accordingly, in the event that Plaintiffs have not named and served any actual defendants by February 9, 2018, they are **ORDERED** to show cause by **February 23, 2018** why this case should not be dismissed for lack of subject matter jurisdiction as a result of Plaintiffs' impermissible use of state "Doe" pleading procedures in a federal diversity case.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm